# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

FRANCIS FERRELL,

       Plaintiff,                      CIVIL NO.: 11-CV-910 ADM/AJB

v.

                                         **NOTICE OF VOLUNTARY**

ER SOLUTIONS, INC.,              **DISMISSAL WITH PREJUDICE**

       Defendant.

_____

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                        MARTINEAU, GONKO & VAVRECK, PLLC

Dated: June 1, 2011                 s/ Mark L. Vavreck                   .
                                         Mark L. Vavreck, Esq.
                                         Attorney I.D.#0318619
                                         Attorney for Plaintiff
                                         Designers Guild Building
                                         401 North Third Street, Suite 600
                                         Minneapolis, MN 55401
                                         Telephone: (612) 659-9500
                                         Facsimile:  (612) 659-9220