## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

FRANCIS FERRELL,

               Plaintiff,                           CIVIL NO.: 11-CV-910 ADM/AJB

v.

ER SOLUTIONS, INC.,                     **ORDER FOR DISMISSAL**

               Defendant.

_____

Based upon the Notice of Dismissal with Prejudice, document number 2, filed by Plaintiff on June 1, 2011, and upon all the files, records and proceedings herein,

**IT IS FURTHER ORDERED:** That all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

**BY THE COURT:**


Dated:  June 6, 2011               s/Ann D. Montgomery
                                _____
                                  Ann D. Montgomery
                                  United States District Judge